THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNY E. WALKER, Defendant-Appellant.

(No. 59203;

First District (5th Division)—May 17, 1974.

Opinion by Mr. JUSTICE DRUCKER.

James J. Doherty, Public Defender, of Chicago (Robert P. Isaacson, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dorothy B. Johnson, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANTHONY QUINN, Defendant-Appellant.

(No. 59364;

First District (5th Division)—May 17, 1974.